IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WENDY NORING,<br>Plaintiff,<br><br>Vs.<br><br>CREDIT CONTROL, LLC<br>Defendant. | Case No. 4:09-cv-124<br><br><br><br>DISMISSAL WITH PREJUDICE |

## DISMISSAL WITH PREJUDICE

Wendy Nohring, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement reached between the parties. Plaintiff signs out for costs.

Respectfully submitted,

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of Sept., 2009 this document was filed electronically in the United States District Court for the Southern of Iowa and the same was mailed to the following:

Credit Control, LLC
5757 Phantom Drive, Suite 330
Hazelwood, MO 63042

_____
Ray Johnson